30413. WILSON *v.* THE STATE.

MACINTYRE, J. The evidence amply authorized the verdict finding the defendant guilty of an assault with intent to murder. None of the grounds of the motion for a new trial requires that a new trial be granted. *Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED APRIL 20, 1944.

*William A. Thomas,* for plaintiff in error. *John A. Boykin,* solicitor-general, *Durwood T. Pye, J. R. Parham,* contra.